West Virginia Coal Company of Missouri, appellant, v. E. S. Touchette, trading as Jeffries & Touchette, appellee.

Action to recover purchase price of carload of coal. Judgment for defendant. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed April 11, 1924.

M. C. Young, for appellant; Burton & Hamilton, of counsel. William P. Launtz, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

Lillian B. Horstman, by her next friend Charlotte Horstman, appellee, v. William A. Horstman, appellant.

Action for personal injuries in automobile collision. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed April 11, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Geers & Geers, for appellant. Webb & Webb and Dan McGlynn, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

George B. Springman, appellant, v. Henry Balster, trustee, appellee.

Trover. Judgment for defendant. Appeal from the City Court of Alton; the Hon. Levi D. Yager, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924.

McGinnis & McGinnis, for appellant. C. C. Ellison, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

Brock Motor Car Company, appellant, v. Charles Sharnoski, appellee.

Action to recover balance on purchase price of automobile. Judgment for defendant on plea of set-off. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1924. Affirmed upon filing remittitur of $500 otherwise reversed and remanded. Opinion filed July 7, 1924.

T. M. Webb, for appellant. Louis Beasley and Edward C. Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

Josephine J. Wood, guardian, appellee, v. Woman's Benefit Association of the Maccabees, appellant.

Action upon death benefit certificate. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the March term, 1924. Affirmed. Opinion filed July 7, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Guy A. Thompson, Kramer, Kramer & Campbell and R. E. Costello, for appellant. T. M. Webb, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.